[No. 5752.]

LOWELL ET AL. v. RICE.

1.  Appeal — Abstract of the Record — Error assigned upon the denial of a motion for a new trial will not be considered unless the motion is set out in the printed abstract.—(472)

2.  Where the Facts Will Be Examined—A finding upon conflicting evidence will not be disturbed.—(472)

*Appeal from Denver County Court* — Hon. CHARLES McCALL, Judge.

Mr. E. M. SABIN, for plaintiff in error.

Mr. W. E. CLARK, for defendant in error.

CHIEF JUSTICE STEELE delivered the opinion of the court:

Upon the appeal to the county court, judgment

was rendered in favor of the plaintiff. The assignments of error relate to the sufficiency of the evidence, the overruling of the motion for a new trial, and the rejection of certain testimony.

The refusal of the court to receive testimony offered by the defendant was clearly not prejudicial.

The motion for a new trial is not found in the abstract; and as there was a conflict in the evidence, we shall affirm the judgment.          *Affirmed.*

Mr. JUSTICE CAMPBELL and Mr. JUSTICE MUSSER concur.